| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | ABRAHAM A. SIMMONS (SBN 146400)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, 10th Floor<br>San Francisco, California 94102-3495 |
| | Telephone:   (415) 436-7264 |
| 6 | Facsimile:   (415) 436-6748 |
| | Email:   abraham.simmons@usdoj.gov |
| 7 | |
| | Attorneys for Federal Defendant USPS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LINA S. SIAM, | ) | No. C 04-0129 MHP (BZ) |
| | ) | **E-FILING CASE** |
| Plaintiff, | ) | |
| | ) | **MANUAL FILING NOTIFICATION OF** |
| v. | ) | **DEFENDANT'S OPPOSITION TO** |
| | ) | **PLAINTIFF'S CROSS-MOTION FOR** |
| JOHN POTTER, Postmaster General, U.S. | ) | **PARTIAL SUMMARY JUDGMENT** |
| Postal Service, | ) | |
| | ) | Date:    April 18, 2005 |
| Defendant. | ) | Time:    2:00 p.m. |
| | ) | Place:   Courtroom 15, 18th Floor |
| | ) | Before:  Hon. Marilyn Hall Patel |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant on this case, this filing will be served to you in hard copy form shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions. The filing was not e-filed because the Defendant's Counsel was not able to access the Internet due the technical difficulty from the Sprint line for internet access.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: March 28, 2005

  /s/ Alex G. Tse for
ABRAHAM A. SIMMONS
Assistant United States Attorney