| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | ABRAHAM A. SIMMONS (SBN 146400)<br>Assistant United States Attorney |
| 4 | ANDREW Y.S. CHENG (SBN 164613)<br>Assistant United States Attorney |
| 5 | |
| 6 | U.S. Attorney's Office/Civil Division<br>450 Golden Gate Avenue, 10th Floor |
| 7 | San Francisco, California 94102-3495<br>Telephone:   (415) 436-6813 |
|   | Facsimile:   (415) 436-6748 |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LINA S. SIAM, | ) | No. C 04-00129 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S WITNESS LIST** |
| v. | ) | |
| | ) | Pre-Trial:    September 21, 2005 |
| JOHN E. POTTER, | ) | Trial Date:   October 4, 2005 |
| | ) | |
| Defendant. | ) | |

Defendant John E. Potter intends to call the following witnesses at trial:

1. Plaintiff Lina Siam.
2. Bernedine Faison
3. Maria Robinson
4. Judy Martinez
5. Randall Sims
6. Carl Thomas
7. William Norris
8. Brian Hemenway
9. Healani McDade
10. Gloria Viray

DEFENDANT'S WITNESS LIST,
C 04-00129 MHP                              1

| | | |
|---|---|---|
|1| 11. | Diane Ishida |
|2| 12. | Laree Martin |
|3| 13. | Brian Gillespie |
|4| 14. | Abel Sanchez |
|5| 15. | Gerald Sanchez |
|6| 16. | Any witnesses identified by plaintiff.  Defendant reserves the right to call any witness identified by Plaintiff. |
|8| 17. | Defendant reserves the right to call rebuttal witnesses at the close of Plaintiff's case. |

DATED: September 12, 2005                   Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                            _____/s/_____
                                            ANDREW Y.S. CHENG
                                            ABRAHAM S. SIMMONS
                                            Assistant United States Attorney

DEFENDANT'S WITNESS LIST,
C 04-00129 MHP                              2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S PROPOSED WITNESS LIST**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**

to the party(ies) addressed as follows:

| | |
|---|---|
| Law Offices of Mary Dryovage<br>600 Harrison Street<br>Suite 120<br>San Francisco, CA 94107 | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 12, 2005, at San Francisco, California.

_____/s/_____
BONNY WONG
Legal Assistant