MARY DRYOVAGE, (CA SBN 112551)
SPENCER YOUNG (CA SBN 236593)
Law Offices of Mary Dryovage

600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone: 415 593-0095
Fax. 415 593-0096
Email: mdryovage@igc.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINA S. SIAM, ) | Docket No. C-04-0129 MHP (BZ) |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S PROPOSED SPECIAL** |
| v. ) | **VERDICT FORM** |
| ) | |
| JOHN E. POTTER, U.S. POSTMASTER ) | Pretrial: September 21, 2005 |
| GENERAL, ) | Time: 2:30 p.m. |
| ) | Courtroom: 15, 18th Floor |
| Defendant. ) | Jury Trial: October 4, 2005 |
| ) | |
| ) | |

  Pursuant to the Court's pre-trial Order, plaintiff submits her proposed special verdict form.

             Respectfully Submitted,

Dated: September 12, 2005   LAW OFFICES OF MARY DRYOVAGE


             _____/s/_____
             MARY DRYOVAGE


             _____/s/_____
             SPENCER YOUNG

             Attorneys for Plaintiff

1   We, the jury of the above-entitled action, find the following Special Verdict on the
2   questions submitted to us:

### TITLE VII ( 42 U.S.C. 2000e)

4   Question No. 1:   Is Plaintiff Lina Siam entitled to recover damages on her theory of sex
5                      discrimination?
6                            Answer "yes" or "no"
7                            Answer: _____

8   Question No. 2:   Is Plaintiff Lina Siam entitled to recover damages on her theory of
9                      race/national origin discrimination?
10                           Answer "yes" or "no"
11                           Answer: _____

12  Question No. 3:   Is Plaintiff Lina Siam entitled to recover damages on her theory of sex
13                     plus race/national origin discrimination?
14                           Answer "yes" or "no"
15                           Answer: _____

17       If your answer to Question Nos. 1, 2 and 3 is "no", do not answer the rest of the
18  Questions on this Form. If your answer to any of Question Nos. 1 <u>or</u> 2 <u>or</u> 3 is "yes", answer
19  Question No. 4 and 5.

20  Question No. 4:   What amount of damages, if any, is Ms. Siam awarded against the U.S.
21                     Postal Service as a result of discrimination? You may award damages for
22                     any of the below categories (a) - (d) that you feel are appropriate.
23                     ( a )   Past Economic Loss                              _____
24                     ( b )   Future Economic Loss                            _____
25                     ( c )   Medical Expenses
26                     (past or future expenses)                               _____
27                     ( d )   Non-economic Damages
28                     (mental, physical, or emotional pain and suffering)     _____

Question No. 5: Should Plaintiff Lina Siam be awarded interest on the damages?

          Answer "yes" or "no"

          Answer: _____

Dated:

                        _____

                        JURY FOREPERSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LINA S. SIAM,

                Plaintiff,

v.

JOHN E. POTTER, U.S. POSTMASTER GENERAL,

                Defendant.

No. C-04-0129 MHP (BZ)

**CERTIFICATE OF SERVICE**

      I am a citizen of the United States and have an office in the County of San Francisco; I am over the age of eighteen years and not a party to the above-entitled action; my business address is Law Offices of Mary Dryovage, 600 Harrison Street, Suite 120, San Francisco, CA 94107.

      On September 12, 2005, I served the within **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM** on the parties in said action by E-MAILING, MAILING AND FAXING a true copy thereof enclosed in a sealed envelope, first class postage fully prepaid to the following address:

ABRAHAM A. SIMMONS
ANDREW Y. S. CHENG
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

                VIA FAX (415) 436-6748
                VIA E-MAIL abraham.simmons@usdoj.gov
                              Andrew.Cheng@usdoj.gov

      I declare under penalty of perjury that the foregoing is true and correct and was executed on August 12, 2005, at San Francisco, California.

                                                              _____