```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  ABRAHAM A. SIMMONS (SBN 146400)
    Assistant United States Attorney
 4  ANDREW Y.S. CHENG (SBN 164613)
    Assistant United States Attorney
 5
         U.S. Attorney's Office/Civil Division
 6       450 Golden Gate Avenue, 10th Floor
         San Francisco, California 94102-3495
 7       Telephone:   (415) 436-6813
         Facsimile:   (415) 436-6748
 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LINA S. SIAM, | ) | No. C 04-00129 MHP |
| | ) | |
| Plaintiff, | ) | **CORRECTED** |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | Time:      2:00 p.m. |
| JOHN E. POTTER, | ) | Courtroom: 15, 18th Floor |
| | ) | Date:      December 19, 2005 |
| Defendant. | ) | |

The parties, through their counsel stipulate as follows:

1. The hearing on plaintiff's motion for a new trial has been continued to **December 19, 2005, at 2:00 p.m.**

2. Defendant's opposition brief is due on **November 28, 2005**.

STIPULATION AND ORDER,
C 04-00129 MHP                          1

1     3.    Plaintiff's reply brief is due on **December 5, 2005**.

2 DATED: November 14, 2005    Respectfully submitted,

                                              KEVIN V. RYAN
                                              United States Attorney

                                              _____/s/_____
                                              ANDREW Y.S. CHENG
                                              ABRAHAM A. SIMMONS
                                              Assistant United States Attorney

Dated: November 14, 2005       \_\_\_\_\_/s/_____
                                              MARY DRYOVAGE
                                              SPENCER YOUNG
                                              Attorneys for Plaintiff

**ORDER**

The hearing on plaintiff's motion for new trial is continued to **December 19, 2005**, at 2:00 p.m. Defendant's opposition shall be filed on November 28, 2005. Plaintiff's reply brief shall be filed on December 5, 2005.

**IT IS SO ORDERED.**

Dated: 11/17/2005                              _____
                                             MARILYN H. PATEL
                                             United States District Judge